ACCEPTED
15-24-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/22/2025 4:14 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00120-CV

# In the Court of Appeals for the Fifteenth Judicial District Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/22/2025 4:14:17 PM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS,

*Appellant*,

v.

HARRIS COUNTY, TEXAS, ET AL.

*Appellees.*

On Appeal from the
165th Judicial District, Harris County

## NOTICE OF APPEARANCE OF COUNSEL FOR APPELLANT

Under Texas Rule of Appellate Procedure 6.2, the above-styled Appellant hereby gives notice that Assistant Solicitor General Benjamin Wallace Mendelson will appear as counsel for the Appellant in this appeal. Please include him on all communications from the Court. His contact information is listed below.

1

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

AARON L. NIELSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ Benjamin Wallace Mendelson
BENJAMIN WALLACE MENDELSON
Assistant Solicitor General
State Bar No. 24106297
Ben.Mendelson@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for the Appellant

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Ben Mendelson
Bar No. 24106297
toni.shah@oag.texas.gov
Envelope ID: 96491395
Filing Code Description: Other Document
Filing Description: 152400120 Appearance  Mendelson
Status as of 1/22/2025 4:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Yetter Coleman | | efile@yettercoleman.com | 1/22/2025 4:14:17 PM | SENT |
| Edward Swidriski | 24083929 | Edward.Swidriski@harriscountytx.gov | 1/22/2025 4:14:17 PM | SENT |
| Grant Martinez | | gmartinez@yettercoleman.com | 1/22/2025 4:14:17 PM | SENT |
| Lily Hann | | lhann@yettercoleman.com | 1/22/2025 4:14:17 PM | SENT |
| Marisa Mata | | mmata@yettercoleman.com | 1/22/2025 4:14:17 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 1/22/2025 4:14:17 PM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 1/22/2025 4:14:17 PM | SENT |

Associated Case Party: Harris County, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 1/22/2025 4:14:17 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 1/22/2025 4:14:17 PM | SENT |
| Christian Menefee | 24088049 | christian.menefee@harriscountytx.gov | 1/22/2025 4:14:17 PM | SENT |
| Ryan Cooper | 24123649 | ryan.cooper@harriscountytx.gov | 1/22/2025 4:14:17 PM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 1/22/2025 4:14:17 PM | SENT |
| Eleanor Matheson | 24131490 | Eleanor.matheson@harriscountytx.gov | 1/22/2025 4:14:17 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Farrell | | biff.farrell@oag.texas.gov | 1/22/2025 4:14:17 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 1/22/2025 4:14:17 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Toni Shah on behalf of Ben Mendelson
Bar No. 24106297
toni.shah@oag.texas.gov
Envelope ID: 96491395
Filing Code Description: Other Document
Filing Description: 152400120 Appearance  Mendelson
Status as of 1/22/2025 4:23 PM CST

Associated Case Party: The State of Texas

| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 1/22/2025 4:14:17 PM | SENT |
| --- | --- | --- | --- | --- |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 1/22/2025 4:14:17 PM | SENT |